IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PILAR A. GILBERT, ) | |
| ) | |
| Plaintiff, ) | No. 3:11-cv-0133 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| HIGHLAND RIM ECONOMIC CORPORATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

O R D E R

In accordance with the Memorandum filed herewith, the Defendants' motion to dismiss (Docket Entry No. 24) is **DENIED**. Counsel for the parties have ten (10) days to submit a revised case management order to complete necessary discovery.

It is so **ORDERED**.

ENTERED this the 26th day of September, 2012.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court